JS -6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GONZALEZ, an individual,<br>Plaintiff,<br>vs.<br>TARGET CORPORATION, a Minnesota corporation,<br>Defendants. | Case No.: 2:26–cv–07151 JFW (CTSx)<br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**<br>*Assigned to Hon. John F. Walter & Magistrate Christina T. Shay* |

## ORDER

Based upon the Stipulation of the Parties, and good cause appearing, the Court hereby orders as follows:

1. The matter of *Brian Gonzalez v. Target Corporation, et al.*, Case No. 2:26 –cv–07151 JFW (CTSx), is hereby dismissed *with prejudice*, effective upon the signing of this Order;

2. Each party shall bear their own attorneys' fees and costs.

DATED: November 20, 2026

Hon. John F. Walter
United States District Judge





330125934v.1